UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: |
| | : | |
| v. | : | Grand Jury Original |
| | : | |
| **BERTRAM M. ALSTON,** | : | VIOLATION:   18 U.S.C. § 922(g)(1) |
| **also known as "Black"** | : | (Unlawful Possession of a Firearm by a Person |
| **also known as "Black Bert,"** | : | Convicted of a Crime Punishable by |
| | : |  Imprisonment for a Term Exceeding One Year) |
| **Defendant.** | : | |

The Grand Jury charges:

On January 21, 2004, within the District of Columbia, **BERTRAM M. ALSTON, also known as "Black" also known as "Black Bert,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Case Number CT982275A, did unlawfully and knowingly receive and possess a firearm, that is, a Desert Eagle .50 caliber semi-automatic pistol (Serial No. MR008266), which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia