# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-120 | MAGIS. NO: |
| SEALED BERTRAM M. ALSTON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Bertram M. Alston | FILED MAY 17 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:   PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18:922(g)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 5/9/06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 5/9/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5-09-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 5-17-06 | Sean McLeod SDUSM | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |