IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 1:06-cr-120 (JR) |
| | : | |
| **Bertram Alston** | : | |

<u>LINE ENTERING APPEARANCE</u>

Please enter the appearance of Matthew F. Davies, and the law firm of Roberts & Wood, for defendant Bertram Alston.

Respectfully submitted,

/s/
_____
Matthew F. Davies, #484-780
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737
(301) 699-0764