UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Docket No: 06-120 (JR) |
| | : | |
| v. | : | |
| | : | |
| BERTRAM M. ALSTON, | : | |
| also known as | : | |
| "Black" or "Black Bert" | : | |

GOVERNMENT'S NOTICE OF DISCOVERY

_____The United States, by its counsel, the United States Attorney for the District of Columbia, respectfully requests that the Court file as part of the record in this case the attached discovery letter sent to defense counsel on May 31, 2006.

                                          Respectfully submitted,

                                          KENNETH L. WAINSTEIN
                                          UNITED STATES ATTORNEY

By: _____
       MICHAEL D. BRITTIN
       RACHEL CARLSON LIEBER
       Assistant United States Attorneys
       (202) 307-0106 (MDB)
       (202) 353-8055 (RCL)

CERTIFICATE OF SERVICE

I hereby certify that, on the 31st day of May, 2006, a copy of the foregoing Notice of Discovery was served, via first class mail, upon counsel for Bertram M. Alston, Matthew F. Davies, Esq., Roberts & Wood, 6801 Kenilworth Avenue, Berkshire Building, Suite 202, Riverdale, Maryland 20737.

_____
Michael D. Briitn
Assistant United States Attorney