IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**            :

v.                           :            06-cr-120 (JR)

**BERTRAM ALSTON**           :

<u>EMERGENCY BOND REVIEW MOTION</u>

    Bertram Alston, through undersigned counsel, respectfully moves this Court pursuant to 18 U.S.C. section 3142c-(3), to review his bond status in this case and order Mr. Alston released from the high intensity supervision program through the pretrial services agency. In support of this motion counsel states the following:

1. Mr. Alston is before the Court charged with one count of unlawful possession of a firearm and ammunition by a person previously convicted of a crime punishable by a term or imprisonment exceeding one year. The alleged offense arises from a search warrant executed at Mr. Alston's home on January 21, 2004.

2. Following Mr. Alston's arraignment on May 18, 2006, he was placed in the high intensity supervision program through the pretrial services agency.

3. Mr. Alston has been completely compliant with his conditions of release since that time.

4. Mr. Alston is employed as an escalator technician with Metro. He has worked for Metro for four years. Prior to his employment with Metro, Mr. Alston worked as an electrician through a union.

5. On June 26, 2006, Mr. Alston informed this Honorable Court, through counsel, that Metro would possibly be changing his work schedule so that he would be forced to work the midnight shift. This Honorable Court instructed Mr. Alston to submit a written motion for

removal from the high intensity supervision program if Mr. Alston was assigned the midnight work schedule.

6. Mr. Alston has been assigned by Metro to work the midnight shift. Attached is the shift schedule from Metro showing that Mr. Alston must work the overnight shift.

7. Mr. Alston is unable to comply with the rules of the high intensity supervision program while working for Metro. Mr. Alston's current placement in the high intensity supervision program will cause Mr. Alston to lose his employment.

8. Aside from the present case, Mr. Alston has not been charged with a crime since the gun that is the subject of the present case was recovered on January 21, 2004. At the time of his arrest in this case, Mr. Alston was not on probation or parole.

9. Mr. Alston has substantial ties to the community and poses no risk of flight. He has lived in the suburban Maryland / District of Columbia area his whole life.

10. Mr. Alston's release would not present any danger to the community.

## CONCLUSION

Mr. Alston is not a risk of flight and poses no danger to the community. For these reasons Mr. Alston asks that the Court to order Mr. Alston released from the high intensity supervision program through the pretrial services agency and placed into their general supervision.

Respectfully submitted,

_____
Matthew F. Davies
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing bond review motion has been sent by mail, on this _____ day of July, 2006, to:

AUSA Michael Britton
Office of the United States Attorney
USDC Trial Division
555 Fourth Street, NW
Washington, D.C. 20530

                                                      _____
                                                      Matthew F. Davies