IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 06-cr-120 (JR) |
| **BERTRAM ALSTON** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Emergency Bond Review Motion, it is this

_____ day of _____ 2006, hereby

ORDERED that the motion is granted, and Mr. Alston is to be released from the high intensity supervision program pending trial and placed into their general supervision.

_____
JUDGE

cc:   Matthew F. Davies
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Michael Britton
      Office of the United States Attorney
      555 4th Street NW
      Washington, D.C. 20530