## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                    :

    **v.**                    :                    **06-cr-120 (JR)**

**BERTRAM ALSTON**                    :

<u>NOTICE OF FILING</u>

Bertram Alston, through undersigned counsel, requests that the Clerk file the attached work

schedule in support of his Emergency Bond Review Motion.

Respectfully submitted,

_____
Matthew F. Davies
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing bond review motion has been sent by mail, on

this _____ day of July, 2006, to:

AUSA Michael Britton
Office of the United States Attorney
USDC Trial Division
555 Fourth Street, NW
Washington, D.C. 20530

_____
Matthew F. Davies