Joe Zambrotto, Jr - PICK 200606-Final-4.XLS

# ELES, JUNE 2006 PICK

POST - 6/20/06;  PICK - 6/27/06;  EFFECTIVE - 7/2/06

| Pick # | Assignment | Grade | Shift | Hours | Days Off | Home Location | Journeyman | Apprentice Rotation | Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Fri-Sat | CTF-Pennsy Drive | R. Hoffman | Williams | Cortez |
| 2 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Fri-Sat | CTF-Pennsy Drive | J. Barnes | Ba'th | Cortez |
| 3 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Fri-Sat | CTF-Pennsy Drive | G. Daley | Chin | Edmondson |
| 4 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | CTF-Pennsy Drive | G. Kruzikas | Hayes | Edmondson |
| 5 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | CTF-Pennsy Drive | N. Mack | Bacon | Edmondson |
| 6 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Fri-Sat | CTF-Pennsy Drive | M. Mason | Nero | Cortez |
| 7 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Fri-Sat | CTF-Pennsy Drive | H. Nix | Parrish | Edmondson |
| 8 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Fri-Sat | CTF-Pennsy Drive | A. Roberts | Gallagher | Cortez |
| 9 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Fri-Sat | CTF-Pennsy Drive | J. Torres | Delore | Edmondson |
| 10 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | CTF-Pennsy Drive | J. Brookshire | Green | Edmondson |
| 11 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | CTF-Pennsy Drive | E. Mussler | Blount | Edmondson |
| 12 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | CTF-Pennsy Drive | D. Obrien | Brown | Edmondson |
| 13 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | CTF-Pennsy Drive | A. Nicome | Coleman | Edmondson |
| 14 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | CTF-Pennsy Drive | P. Stewart | Barnes | Cortez |
| 15 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | CTF-Pennsy Drive | C. Trejo | Gworlekaju | Edmondson |
| 16 | | | | | | | | | |
| 17 | Master Tech | J | A | Day | 0600-1430 | Sat-Sun | CTF-Pennsy Drive | Yohannes | Doehring | EOC |
| 18 | Master Tech | J | A | Day | 0600-1430 | Sat-Sun | CTF-Pennsy Drive | Gebremariam | Daniels | EOC |
| 19 | | | | | | | | | |
| 20 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | Metro Center | J. Reingruber | Belen | Mandese |
| 21 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Sun-Mon | Metro Center | J. Hetzel | Davenport | |
| 22 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Fri-Sat | Metro Center | G. Garritt | Ellis | |
| 23 | Service/Maintenance/Repair | J | A | Day | 0600-1430 | Fri-Sat | Metro Center | T. O'Riordan | Francis | |
| 24 | Service/Maintenance/Repair | J | A | Eve | 1430-2300 | Sun-Mon | Metro Center | H. Spencer | Gregory | |
| 25 | Service/Maintenance/Repair | J | A | Eve | 1430-2300 | Sun-Mon | Metro Center | S. McMillan | Robinson | |
| 26 | Service/Maintenance/Repair | J | A | Eve | 1430-2300 | Sun-Mon | Metro Center | J. Jones | Jennings | |
| 27 | Service/Maintenance/Repair | J | A | Eve | 1430-2300 | Fri-Sat | Metro Center | B. Painter | Morgan | |
| 28 | Service/Maintenance/Repair | J | A | Eve | 1430-2300 | Fri-Sat | Metro Center | V. Crawford | Morris | |
| 29 | Service/Maintenance/Repair | J | A | Eve | 1430-2300 | Fri-Sat | Metro Center | S. Duffy | Valchera | |
| 30 | Service/Maintenance/Repair | J | A | Mid | 2130-0600 | Sun-Mon | Metro Center | B. Alston | Way | |
| 31 | Service/Maintenance/Repair | J | A | Mid | 2130-0600 | Fri-Sat | Metro Center | E. Duffy | Shelton | |
| 32 | | | | | | | | | |