IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                    :

v.                               :    06-cr-120 (JR)

BERTRAM ALSTON                   :

ORDER

FILED
JUL 06 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UPON CONSIDERATION of the Defendant's Emergency Bond Review Motion, it is this 6th day of July 2006, hereby

ORDERED that the motion is granted, and Mr. Alston is to be released from the high intensity supervision program pending trial and placed into their general supervision.

JAMES ROBERTSON
United States District Judge

cc:   Matthew F. Davies
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Michael Britton
      Office of the United States Attorney
      555 4th Street NW
      Washington, D.C. 20530