IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | Case Number: 06-cr-120 |
| **Bertram Alston** | : | |

### DEFENDANT'S MOTION TO CONTINUE STATUS HEARING

Bertram Alston, through undersigned counsel, respectfully moves this Court, to continue his status hearing in this case. In support of this motion counsel states the following:

1. A status hearing in the captioned case is set for July 26, 2006.

2. Undersigned counsel and assigned Assistant United States Attorney Michael Brittin have been in regular contact regarding this case and are close to a resolution.

3. Mr. Brittin does not oppose this continuance.

4. Additionally, Mr. Brittin will be on vacation on the scheduled status date.

WHEREFORE, the defendant requests that this Honorable Court continue the status hearing in the captioned case.

Respectfully submitted,

/s/
_____
Matthew F. Davies
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764