IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | **Case Number: 06-cr-120** |
| **Bertram Alston** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____ day of _____ 2006, hereby

ORDERED that the Motion is GRANTED and the hearing is hereby set for _____.

_____
JUDGE ROBERTSON

cc:   Matthew F. Davies
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Michael Brittin
      Office of the United States Attorney
      555 Fourth Street, NW
      Washington, D.C. 20530