UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: |
| | : | |
| v. | : | Violations |
| | : | |
| BERTRAM M. ALSTON, | : | 18 U.S.C. § 922(g)(1) |
| also known as | : | (Unlawful Possession of a Firearm) |
| "Black" or "Black Bert," | : | |
| | : | 18 U.S.C. § 922(q)(2)(A) |
| Defendant. | : | (Possession of a Firearm in a School Zone) |
| | : | |
| | : | 18 U.S.C. § 922(q)(3)(A) |
| | : | (Discharging a Firearm in a School Zone) |
| | : | |
| | : | 22 D.C. Code § 4504(a) (2001 ed.) |
| | : | (Carrying a Pistol Without a License) |
| | : | |
| | : | 22 D.C. Code § 303 |
| | : | (Destruction of Property) |

SUPERSEDING INFORMATION

The United States informs the Court that:

COUNT ONE

On or about December 31, 2003, within the District of Columbia, BERTRAM M. ALSTON, also known as "Black" or "Black Bert," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Case Number CT982275A, did unlawfully and knowingly receive and possess a firearm, that is, a Desert Eagle .50 caliber semi-automatic pistol (Serial No. MR008266), which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable
by a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1))

COUNT TWO

On or about December 31, 2003, within the District of Columbia, BERTRAM M. ALSTON, also known as "Black" or "Black Bert," did unlawfully and knowingly possess a firearm, that being a Desert Eagle .50 caliber semi-automatic pistol (Serial No. MR008266), that had moved in and that otherwise affected interstate and foreign commerce at a place which he knew and had reasonable cause to believe was a school zone, that being within a distance of 1000 feet from the grounds of the John Burroughs Elementary School and the Taft Special Educational Center, schools in the District of Columbia.

(Possession of a Firearm in a School Zone, in violation of 18 U.S.C. § 922(q)(2)(A))

COUNT THREE

On or about December 31, 2003, within the District of Columbia, BERTRAM M. ALSTON, also known as "Black" or "Black Bert," did knowingly and with reckless disregard for the safety of another, discharge a firearm, that being a Desert Eagle .50 caliber semi-automatic pistol (Serial No. MR008266) that had moved in and that otherwise affected interstate and foreign commerce, at a place that the defendant knew was a school zone, that being within a distance of 1000 feet from the grounds of the John Burroughs Elementary School and the Taft Special Educational Center, schools in the District of Columbia.

(Discharging a Firearm in a School Zone, in violation of 18 U.S.C. §§ 922(q)(3)(A) and 924(a)(4))

## COUNT FOUR

On or about December 31, 2003, within the District of Columbia, BERTRAM M. ALSTON, also known as "Black" or "Black Bert," did carry, openly or concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

> (Carrying a Pistol Without a License (Outside Home or Place of Business), in violation of 22 D.C. Code § 4504(a) (2001 ed.))

## COUNT FIVE

On or about December 31, 2003, within the District of Columbia, BERTRAM M. ALSTON, also known as "Black" or "Black Bert," maliciously did injure, break, and destroy certain property, that is, a cable box, property of Star Power Internet Supply Company, causing damage in the amount of more than $200.

> (Destroying Property, in violation of 22 D.C. Code § 303 (2001 ed.))

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


By: _____
MICHAEL D. BRITTIN
RACHEL CARLSON LIEBER
Assistant United States Attorneys
(202) 307-0106 (MDB)
(202) 353-8055 (RCL)