UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No. CR-06-120 (JR) |
| | : | |
| v. | : | |
| | : | |
| BERTRAM M. ALSTON, | : | |
| also known as "Black" or "Black Bert," | : | |
| | : | |
| Defendant. | : | |

PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1. On New Year's Eve, December 31, 2003, BERTRAM M. ALSTON, also known as "Black" or "Black Bert," joined several other fellow members of a criminal enterprise known as the Taft Terrace Crew in a roving neighborhood celebration. In keeping with a tradition that had been established by members of the Taft Terrace Crew, many participants in this celebration drank or smoked marijuana and carried guns that were fired in the air to help ring in the new year. That night ALSTON had his Desert Eagle .50 caliber semi-automatic pistol (Serial No. MR008266) with him, and in the course of the evening, while standing on Newton Street, he used the pistol to shoot at a power box mounted on a telephone pole in front of the home at 2027 Newton Street, N.E. Bullets fired by ALSTON from his Desert Eagle .50 caliber semi-automatic pistol (Serial No. MR008266) struck the power box, owned by Star Power Internet Supply Company, and caused approximately $2800.00 in damage. Several members of the of the Taft Terrace Crew were present at one time or another when ALSTON had his Desert Eagle .50 caliber semi-automatic pistol on December 31, 2003, including – among others – Darryl M. Woodfork, also known as "D," Vernon McKenzie, Damon McKenzie, Andre Williams, also known as "Blind Dre," and David Ward.

2. On January 12, 2004, acting on a tip provided by a confidential informant, Metropolitan Police Department Officers Joseph Abdalla and Robert Schmidt went to the 2000 block of Newton Street, N.E., saw apparent bullet holes in the power box mounted on the telephone pole, and recovered two .50 caliber shell casings.

3. On Friday, January 21, 2004, at about 7:50 a.m., a search warrant was executed at XXXX Street, N.E., the home in the Taft Terrace neighborhood where ALSTON then resided with his father. In the course of the search, from the basement where ALSTON stayed, often with his girlfriend (now wife) Desiree Crumlin, police recovered his .50 caliber Desert Eagle pistol (Serial No. MR008266), together with personal papers and mail matter in ALSTON's name. ALSTON was not present when the search warrant was executed.

4. On Tuesday, December 21, 2004, Officer Tira Gibson, an Evidence Technician with the Metropolitan Police Department, responded to the 2000 block of Newton Street, N.E., and took photographs of the damaged power box. Working in conjunction with Investigator Clarence Brooks and Frank Huber of Star Power Internet Supply Company, Gibson recovered two silver metal fragments and two batteries from inside the power box that appeared to have been damaged by gunfire. On December 28, 2004, one of the batteries was opened by Officer Grant Greenwalt, another Evidence Technician, and a bullet was recovered.

5. The relevant firearms evidence – consisting of the two shell casings recovered by Investigators Abdalla and Schmidt in the 2000 block of Newton Street, N.E., on January 12, 2004, the Desert Eagle .50 caliber pistol (Serial No. MR008266) recovered during the search of ALSTON's room on January 21, 2004, and the bullet fragments recovered from the Star Power box and battery in December of 2004 – was examined by Luciano Morales, a Firearms and Toolmark

Examiner with the Metropolitan Police Department. Morales found that the Desert Eagle .50 caliber pistol operated normally. He found that the two cartridge cases found by Investigators Abdalla and Schmidt in the 2000 block of Newton Street, N.E., on January 12, 2004, were .50 caliber cartridge cases that were fired in the Desert Eagle .50 caliber pistol recovered during the search of ALSTON's room on January 21, 2004. He found that the copper bullet jacket fragments removed from the battery in the power box were too mutilated to allow for further identification.

6. Several other members of the Taft Terrace Crew knew ALSTON to possess a .50 caliber Desert Eagle pistol (Serial No. MR008266). Among those who were present at various times when ALSTON had the pistol in his possession were Darryl M. Woodfork, also known as "D," Anthony J. Nelson, also known as "Tiki," Vaughn Stebbins, John Richardson, also known as "Mark," Dwight Cave, Andre Williams, also known as "Blind Dre," Sean A. Wolfe, also known as "J.J." or "Six," Andre J. Gore, also known as "Man-Man" or "Lemonhead," Vincent Collins, also known as "J.V." or "Junky Vincent," Vernon McKenzie, Damon McKenzie, Ruben Tucker, also known as "Buck Cheese," Simmeon Williams, also known as "Sim," and David Ward.

7. ALSTON was not licensed to carry a pistol in the District of Columbia.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

By: _____
    MICHAEL D. BRITTIN
    RACHEL CARLSON LIEBER
    Assistant United States Attorneys
    (202) 307-0106 (MDB)
    (202) 353-8055 (RCL)

## DEFENDANT'S ACCEPTANCE

      I have read the Proffer of Evidence setting forth the facts in support of my guilty plea. I have discussed this proffer fully with my attorney, Matthew F. Davies, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date:_____     _____
                                                                                  BERTRAM M. ALSTON

## ATTORNEY'S ACKNOWLEDGMENT

      I have read each of the pages constituting the government's proffer of evidence as to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date:_____     _____
                                                                                   Matthew F. Davies, Esq.
                                                                                   Counsel for BERTRAM M. ALSTON