UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
SEP 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

BERTRAM M. ALSTON

Criminal No.  06-0120-01(JR)

## WAIVER OF INDICTMENT

I, **BERTRAM M. ALSTON**, the above named defendant, who is accused of: Carrying a Pistol without a license, in violation of 22 D.C. Code Section 4504(a)(2), (Count 4 of the Superseding Information), and Destruction of Property, in violation of 22 D.C. code Section 303 (Count 5 of the Superseding Information), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on September 7, 2006, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
JAMES ROBERTSON
United States District Judge