November 29, 2006

Honorable James Robertson
United States District Court
 for the District of Columbia
300 Constitution Avenue, NW
Washington, D.C. 20001

MEMORANDUM IN AID OF SENTENCING
United States v. Bertram Alston
Case No. F 5247-05

Dear Judge Robertson:

  On December 4, 2006, Mr. Alston will appear before the Court for sentencing. Mr. Alston pled guilty under the District of Columbia Code to carrying a pistol without a license and felony destruction of property.  I write to urge this Court to sentence Mr. Alston to a period of probation.

  Mr. Alston is a 31-year-old man who is extremely remorseful of his conduct in the present case.  He has matured significantly since the events of the present case, and he would be loath to ever repeat the foolish acts that have brought him before you for sentencing.  At the time of the events that led to his arrest, Mr. Alston was a follower who sought approval from people he naively thought his peers.  Today, Mr. Alston is a leader who acts as a role model at home, at work, and in the community.

  Mr. Alston is an ambitious and hardworking young man who values being a productive member of society.  When he is not a work, he is at home with his family. Mr. Alston lives with his wife, Desire Alston, and his 13-year old foster child.  Attached is a letter from Mr. Alston's wife Desire Alston attesting that Mr. Alston has changed his life since the events of the present case.  I believe Mrs. Alston was also eloquent in speaking to the presentence report writer when she described Mr. Alston as "the backbone" of their family.

  Also attached is a letter from Ms. Rosalind Blount, of Foundations for Home & Community, who supervises Mr. Alston as a foster parent.  As the letter describes, Mr. Alston cares for a child with specialized needs.  He also makes himself available for emergency child placements and speaks with prospective foster parents.  I believe that the difficulties Mr. Alston has suffered in the past enable him to relate to the children he

cares for as a foster parent.

    Mr. Alston's father, Bernard Alston, and his mother-in-law, Maxine Crumlin, have also submitted letters on behalf of Mr. Alston which are attached.  In addition to his letter of support, Bernard Alston described in the presentence report the loss Mr. Alston felt after the violent death of his brother and the support Mr. Alston has provided him.  I believe it speaks volumes for Mr. Alston's character that his mother-in-law speaks so highly of him, and feels "that he is the perfect man" for her daughter.  It is through years of good deeds and hard work that Mr. Alston has earned the respect for his elders.

    Mr. Alston works the midnight shift as an escalator and elavator repair man for Metro.  Attached are letters from two of Mr. Alston's supervisors at Metro, Vera A. Dunn and Joseph Zambrotto, who both speak very highly of Mr. Alston's work ethic.  In his spare time, Mr. Alston has bought and rehabilitated properties that he now rents.  Mr. Alston's goal is to work long enough to pay the mortgages on his rental properties which he will then sell.  He plans to use the proceeds for his retirement.

    As Mr. Alston stated in the presentence report, he had a young adult life filled with confusion and a desire for social acceptance.  However, Mr. Alston has always demonstrated that he had potential.  He took part in sports during high school.  He graduated from Bowie State University.   It is only because of the fact that he was raised in the Taft Terrace neighborhood that he ever associated with the individuals who have been before this Court for much more sinister acts.  Mr. Alston simply does not have the same malice in his heart.

    Mr. Alston deeply regrets his past actions.  He paid complete restitution to the owner of the electric box that was damaged as soon as he could determine where to send the check.  Attached is a copy of the check he sent.  Mr. Alston did this by contacting the Government on his own.  Mr. Alston asks the mercy of this Honorable Court to allow him to pay his debt to society through probation and community service so that he, and those who depend on him, will not lose the honorable life he has come to live.  Thank you for your consideration of these matters.

    Sincerely,

    /s/

    Matthew F. Davies


cc:    AUSA Michael Brittin