To Whom **It** May Concern:

I am writing this letter in reference to Bertram Alston my husband.

As much as I want this to be over and done with. My husband has come along way in is life. In addition, everybody has a past some badder than other, but Bertram has change his life for the better for our family and me. He has a good job that he is proud of and means the world to him. I Desiree am not writing this letter for your or anyone else's sympathy I just want my husband to get a fair change to live his life the right way.

Sincerely yours

Desiree Alston.

& Wife

To Whom It May Concern,

I, Rosalind Blount Licensing Coordinator of the Training! Licensing Department for Foundations for Home and Community, confirm that Bertram Alston has been a certified foster parent with our agency since November 2,2004 to present.

Bertram Alston is responsible for caring for one of our specialize children. His responsibilities include: managing the child's personal and mental needs such as health, schooling, and extra curriculum activities. He arranges all of the appointments for the child. He transports the child to and from all doctor's appointments. Mr. Alston is required to attend all of the IEP meetings, court hearings and therapeutic evaluations concerning the child. He works well with this child and the biological family.

Bertram Alston has completed all of his 20 hours of In-Service Training with our agency. He completes all of the required paper work in a timely manner to remain in excellent standards with the agency as a foster parent. He willingly volunteers to sit with the panel during the graduation ceremony to respond to any questions asked from the potential foster parents.

I consider Mr. Alston to be a valuable member of our team. He achieves excellent results with working closely with the children in the agency. He also has to work with the Lawyers, Therapists, Social Workers, Case Workers, Mentors, and Family Members. His home is always available for emergency placements **all** hours of the nights. Heis highly appreciated. For further assistants regarding this matter, please contact me at 202- 654-5143.

Thank you,


Rosalind Blount
Licensing/Parent Training Coordinator
**Foundations for Home & Community**
**1012 14th Street. NW Suite 1400**
**Washington. DC 20005**

To whom it may concern:

My name is Bernard Alston and I am the father of Bertram Alston. My son is my life and he is a wonderful blessing to my family. He has always been there for there for me when I needed him, as all great sons are. He has always supported me as much as I supported him throughout our trails and tribulation as a family. My son is very responsible and takes on challenges as if he were a cure for cancer. Bertram is very mature and open person who come with many skills as such: handy man, mechanic, builder, an all-American man. I know one more dedicated to making a difference in young adult's lives then my son "BERT".

Bernard Alston

Father



To whom it may concern:

Bertram Alston is a well-rounded man. He is very hard working man with an adopted son Vincent, who he is raising has his own with his lovely wife Desiree' Alston. Mr. Alston is a very dependable and a giving person to others who are in need of his help. He takes on responsibilities as a father in training, an uncle, and friend to most. Mr. Alston, my son -in-law, has been employed at Metro for some odd years now and takes his work very serious, he's very hard working, if he is called on at any time he's the man for the job. Mr. Alston never looks for trouble and tries prevent it from happening in the first place. Mr. Alston better none as "Bert" means no harm to anyone. As my son-in-law, "Bert" as we call him, is a great man and is the perfect man for my daughter and my family. Please feel free to call me at anytime:

Maxine Crumlin (202)526-8421

*Maxine Crumlin*

Mother In Law

To whom it may concern

I Vera Dunn employed with Washington Metropolitan Transit Authority, with Mr Bertram. Alston since April of 200 1. I personally find him to be a respectful man, as well as dedicated hard working Washington Metropolitan Transit employee.  Mr. Alson has stayed committed to his task in becoming one of the authority top Journey man in a skilled Profession.

And has never turned down a challenge for the authority commitment to our patrons, and he is on time.  And at the present he working under my direction, And I (Vera Dunn) a certified Elevator Technician for over 25 years, And I hold the people, that work in my department to high standarts, So to write this Mr. B Alston is a honor and pleasure

/J

~RELY y~

VERA A. DUNN

WMATA Office of Elevator/Escal&'tpr Caffi1en Turner Facility - Rm B291 3500 PeoosyDrive, Landover MD.

'c Office -(3,0¥) (:j18- 7588

E-mail v'~~~~Wmatai<:!'Qm

To whom it may concern,

I Joseph Zambrotto Elevator Escalator Supervisor of Washington Metro Transit confirm that Bertram Alston is employed as Elevator Technician with this Washington Metro Transit from April 29 2001 to present.

His Job description carries the following Responsibilities. Get to work on time. Following instruction and doing the task in a timely manner. Three working with other to strategically plan an effective ways of trouble shooting. Bertram Alston is skilled in fixing Elevator and Escalator and is also a great person and hard worker - reliable dependable, and a good communicators..

I consider Bertram Alston to be a valuable member of the team, who consistently achieved good results and delivers all expectations. I would appreciate if you give him another chance in society.


Yours **faithfully**


**Joseph Zambrotto**
**ELES Supervisor**
**Washington Metro**
**Transit Authority**


202-897-4268

TRANSIT
EMPLOYEES FEDERAL CREDIT UNION
3000 BLADENSBURG ROAD, N. E.
WASHINGTON, DC 20018
(202) 832-5100
2540
PAY EXACTLY 2,800 dols
two eight zero zero dollars
TO THE ORDER OF RCN CORPORATION RESTITU
FROM: BERTRAM MARIO ALS

W'evv:B

**6££ZOOIOOO** 'oN

NO.LS'1'i OI~'iW ~.L~:3:8:: WO~.!I NOI.Ln.LI.LSa~ NOI.LVHOd~O~ N~~ : o~ A~d *00'008/'G'$* : ~unow'i
: 'asod.:Ind 6££'G'00!000 00 :.:I'aqwnN ~~'aq~

'a~u'a.:I'a~'a.:I .:I'J ~d~'a~'a.:I *'a'aS*

'aW~.L90/S'G'/0! :e~~a *L6!0* :.:I'aTT'a.L O'G'OS'G'OOOOO :~~~~

8TOOZ ;)G 'uo1gUjtlS1!/'A ● aN p1!O~ gJnqsu~p1!lg OOO£: ● u'!Un 1!p;jJ;) II!l~P~d S~'<Oldw3 *1!SUI!lJ.*